UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIRJESSE HUNTER,

      Plaintiff,

      v.

J. HAZELWOOD, *et al.*,

      Defendants.

CASE NO.   C05-956TSZ

ORDER STRIKING PLAINTIFF'S MOTION FOR RECORDS

Plaintiff is incarcerated in the King County Correctional Facility ("KCCF") in Seattle, Washington. He has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983; defendants have yet to file their answer. Plaintiff recently filed a motion seeking certain records from KCCF. (Dkt. #8). Having reviewed the motion, and the balance of the record, the court hereby ORDERS as follows:

(1) Plaintiff's motion is deficient is several respects. First, it appears that plaintiff has not served a copy of the motion on defendants. Plaintiff is advised that he must provide defendants with a copy of each document that he files with the court, and that he must provide the court with a statement certifying that he did so. *See* Fed. R. Civ. Pro. 5; Local Rule CR 5(f). Plaintiff is further advised that any motion not served on defendants will not be considered by the court and will be stricken.

Second, plaintiff's motion is essentially a discovery request and is therefore premature. Once defendants have answered plaintiff's complaint, the court will set forth a schedule for

ORDER STRIKING PLAINTIFF'S MOTION FOR RECORDS
PAGE - 1

1  discovery requests, and plaintiff should renew his request at that time.  Plaintiff is advised that

2  discovery requests should be directed towards opposing parties, *not* towards the court.  Should a

3  party not comply with a discovery request, the party making the request may file a motion to

4  compel discovery with the court under Rule 37 of the Federal Rules of Civil Procedure.

5    In light of the above, the Clerk shall STRIKE plaintiff's motion for records (Dkt. #8).

6    (2)  The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

7  defendants, and to the Honorable Thomas S. Zilly.

8    DATED this 8th day of July, 2005.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge